UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN MIAMI DIVISION

FILED BY MC D.C.

AUG 2 6 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

KANIJA SCOTT.,

    Plaintiff,

vs.

CLARITY SERVICES, INC.

    Defendant.

Case No.

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

## INTRODUCTION

COMES NOW the Plaintiff, in the above-styled cause, and for Plaintiff's Complaint against the Defendant states as follows:

1. This is a civil action for actual, statutory, and punitive damages brought by Kanija Scott ("hereinafter "Plaintiff") an individual consumer, against Defendant, CLARITY SERVICES, INC. (hereinafter "Defendant") for violations of the Fair Credit Reporting Act, 15 U.S.C § 1681et seq. (hereinafter "FCRA").

COMPLAINT FOR A CIVIL CASE - 1

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1681(p) and 28 U.S.C. § 1331. The venue in this District is proper in that the Defendant transact business in Miami, Florida, and the conduct complained of occurred in Miami, Florida.

## PARTIES

3. Plaintiff, Kanija Scott is a natural person residing in Miami, FL.

4. Upon information and belief, Defendant, Clarity Services, Inc., is a Delaware Corporation with its principal place of business located at 475 Anton Blvd., Costa Mesa, CA, 92626. Service of process is accepted at CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.

5. Clarity Services, Inc. is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) because it regularly engages in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Clarity Services, Inc. compiles and maintains files on consumers on a nationwide basis, specifically collecting and providing information on payday loans, installment loans, auto loans, check cashing services, rent-to-own transactions, and telecommunication account openings.

## FACTUAL ALLEGATIONS

6. On or about October 15th, 2023, Plaintiff received her consumer report and identified inaccurate and incomplete information, specifically with the Kashable LLC account.

7. On or about October 27th, 2023, Plaintiff disputed the inaccurate information with the defendant by submitting a formal dispute via USPS Certified Mail # 9407111898765494584253 which was received on or about November 6, 2023. See Exhibit A.

8. Despite receiving the dispute, the defendant failed to conduct a reasonable investigation into the disputed information and did not correct the inaccuracies.

9. Plaintiff sent another dispute on or about February 6th, 2024, via USPS Certified Mail # 9407111898765402936310 which was received February 12th, 2024. See Exhibit B.

10. Despite receiving Plaintiff's second dispute, the defendant once again ignored it.

11. After the second dispute went ignored, Plaintiff filed a complaint with the Consumer Financial Protection Bureau (CFPB) on May 8th, 2024, complaint # 240508-14246523.

12. On or about May 18th, 2024, Plaintiff received a letter from Defendant stating that in order to process her dispute request, additional information was needed. This was information that Plaintiff had already sent with each dispute. See Exhibit C.

13. Upon information and belief, Defendant failed to have a procedure in place to assure maximum possible accuracy. Upon the Plaintiff's request for reinvestigation and in accordance with its standard procedures, Defendant did

not evaluate or consider any of Plaintiff's information and did not make any attempt to reasonably re-investigate.

14. The defendant's inaction has caused the plaintiff significant distress and financial harm, including emotional distress, mental anguish, out-of-pocket expenses, loss of opportunity, and other related damages.

## FIRST CLAIM FOR RELIEF

## 15 U.S.C. § 1681e(b)

## DEFENDANT CLARITY SERVICES INC.

15. All preceding paragraphs are re-alleged.

16. Defendant violated 15 U.S.C. § 1681e(b) because they failed to follow reasonable procedures to assure maximum possible accuracy of the Kashable account when preparing a consumer report purportedly concerning Plaintiff.

17. Defendant has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit worthiness and other damages to Plaintiff.

18. At all times alleged herein, Defendant acted negligently and/or willfully.

19. Defendant is liable to Plaintiff for actual damages, punitive damages and cost pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o

## SECOND CLAIM FOR RELIEF

## 15 U.S.C. § 1681i(a)(2)

## DEFENDANT CLARITY SERVICES INC.

20. All preceding paragraphs are re-alleged.

COMPLAINT FOR A CIVIL CASE - 4

21. Defendant CLARITY SERVICES INC. have failed to comply with the reinvestigation requirements in 15 U.S.C. § 1681i.

22. Defendant CLARITY SERVICES INC. have violated 15 U.S.C. § 1681i(a)(2) in that they failed to consider and forward all relevant information to the furnisher of information.

23. Defendant CLARITY SERVICES INC. has caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit denial to Plaintiff.

24. Defendant CLARITY SERVICES INC. have done so either negligently or willfully.

25. Plaintiff is entitled to actual damages, punitive damages, and cost pursuant 15 U.S.C. § 1681o.

26. Alternatively, Plaintiff is entitled to actual damages, and costs if the violation is negligent, pursuant to 15 U.S.C. § 1681n.

## THIRD CLAIM FOR RELIEF
## 15 U.S.C. § 1681i(a)(4)
## DEFENDANT CLARITY SERVICES INC.

27. All preceding paragraphs are re-alleged.

28. Defendant CLARITY SERVICES INC. have violated 15 U.S.C. § 1681i(a)(4) in that they failed to modify or delete information that was inaccurate or could not be verified.

29. Defendant CLARITY SERVICES INC. has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit reputation, and loss of time.

30. At all times alleged herein, Defendant CLARITY SERVICES INC. acted negligently and/or willfully.

31. Defendant CLARITY SERVICES INC. are liable to Plaintiff for actual damages, punitive damages, and costs pursuant to 15 U.S.C. § 1681n and actual damages and cost pursuant to 15 U.S.C. § 1681o.

## FOURTH CLAIM FOR RELIEF

## 15 U.S.C. § 1681i(a)(5)

## DEFENDANT CLARITY SERVICES INC.

32. All preceding paragraphs are re-alleged.

33. Defendant, Clarity Services, Inc., violated 15 U.S.C. § 1681i(a)(5) by failing to fulfill its obligations under the Fair Credit Reporting Act. Specifically:

(i) Defendant failed to conduct a reasonable reinvestigation of the Kashable tradeline on Plaintiff's consumer report after receiving Plaintiff's dispute.

(ii) Defendant failed to accurately verify or correct the information, despite clear evidence of inaccuracy provided by Plaintiff.

(iii) Defendant failed to promptly notify the furnisher of information that the Kashable tradeline was disputed, as required by law.

34. Defendant CLARITY SERVICES INC. violated 15 U.S.C. § 1681i(a)(5) in that they failed to have a procedure to prevent the reoccurrence of inaccurate or unverifiable information.

35. Defendant CLARITY SERVICES INC. has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit reputation, and loss of time.

36. At all times alleged herein, Defendant CLARITY SERVICES INC. acted negligently and/or willfully.

37. Defendant CLARITY SERVICES INC. is liable to Plaintiff for actual damages, punitive damages, and costs pursuant to 15 U.S.C. § 1681n and actual damages and cost pursuant to 15 U.S.C. § 1681o.

## FIFTH CLAIM FOR RELIEF

## 15 U.S.C. § 1681i(7)

## DEFENDANT CLARITY SERVICES INC.

38. All preceding paragraphs are re-alleged.

39. Defendant CLARITY SERVICES INC. have violated 15 U.S.C. § 1681i(7) in that they failed to provide a written description of the procedures used to determine the accuracy and completeness of the disputed information.

40. Defendant CLARITY SERVICES INC. has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit reputation, and loss of time.

41. Defendant CLARITY SERVICES INC. acted negligently and/or willfully.

42. Defendant is liable to Plaintiff for actual damages, punitive damages, and costs pursuant to 15 U.S.C. § 1681n and actual damages, and cost pursuant to 15 U.S.C. § 1681o.

## JURY DEMAND AND PRAYER FOR RELIEF

Wherefore, Plaintiff Kanija Scott, respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff against Defendant CLARITY SERVICES INC. for:

(A) Statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A)

(B) Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

(C) Costs pursuant to 15 U.S.C. § 1681n(a)(3) and 15 U.S.C. § 1681o(b);

(D) For such other and further relief as the Court may deem just and proper.

Date: 8/23/2024

Respectfully submitted,

*Kanija Scott*

Kanija Scott

123 nw 6th Ave

Florida City, Florida, 33034

Kanija.Scott@icloud.com

786-487-2277

# EXHIBIT A

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9407111898765494584253

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 2:50 pm on November 6, 2023 in ALLEN, TX 75013.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
ALLEN, TX 75013
November 6, 2023, 2:50 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                               ⌄

**USPS Tracking Plus®**                                                                ⌄

**Product Information**                                                                ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT B

## Electronic Delivery Confirmation™



Kanija Scott
123 NW 6TH AVE
FLORIDA CITY FL 33034-3211

$5.04    US POSTAGE
FIRST-CLASS
Feb 06 2024
Mailed from ZIP 33034
1 OZ FIRST-CLASS MAIL LETTER RATE
11923275



062S0014949866

**USPS CERTIFIED MAIL**



9407 1118 9876 5402 9363 10

Consumer Support Division
Clarity Services, Inc.
PO BOX 16
ALLEN TX 75013-0001

| | |
|---|---|
| Reference | Kanija Clarity 2nd Dispute |
| USPS # | 9407111898765402936310 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at a postal facility at 1:48 pm on February 12, 2024 in ALLEN, TX 75013. |
| USPS History | Arrived at Post Office, 02/12/2024, 9:39 am, ALLEN, TX 75013 |
| | Arrived at USPS Regional Destination Facility, 02/11/2024, 6:12 am, COPPELL TX DISTRIBUTION CENTER |
| | In Transit to Next Facility, 02/10/2024 |
| | In Transit to Next Facility, 02/09/2024 |
| | Arrived at USPS Regional Origin Facility, 02/08/2024, 10:43 pm, MIAMI FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, February 8, 2024, 9:28 pm, HOMESTEAD, FL 33034 |
| | Shipping Label Created, USPS Awaiting Item, 02/06/2024, 5:20 pm, HOMESTEAD, FL 33034 |

Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
Report Design Copyright 2024 Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
Date Verified: 02/13/2024 00:31:07 (UTC)

# EXHIBIT C



Consumer Support Division

PO Box 16

Allen, TX 75013

Phone: 866-390-3118

May 18, 2024

Dear Kanija Scott,

We have received your request to initiate a dispute on information contained in your Clarity Credit Report. In order to process your request, please provide us with the following information:

- Identify disputed information (name of lender, inquiry date, account number, inaccurate personal info, etc.)
- Reason for dispute

You can provide this information by calling (866) 390-3118 and speaking with a Consumer Support Representative. If you prefer to write to us, be sure to also include the following information:

- Your full name including middle initial (and generation such as JR, SR, II, III).
- Social Security number.
- Date of birth.
- Complete mailing address.

You can send the requested information to the address below:

Clarity Services, Inc., a part of Experian
Consumer Support Division
PO Box 16, Allen, TX 75013

If you have any questions regarding your request, please call (866) 390-3118 to speak with a Consumer Support Representative.

Sincerely,

Consumer Support
Clarity Services, A part of Experian



© 2024 Experian Information Solutions, Inc. - All rights reserved
Experian and the Experian marks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc.
Other product and company names mentioned herein are the property of their respective owners.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |
|---|---|
| Kanija Scott <br> *Plaintiff(s)* <br> v. <br> CLARITY SERVICES, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CLARITY SERVICES, INC.
C/O CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL, 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kanija Scott
123 nw 6th Ave
Florida City, Florida, 33034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SE

- Expected delivery date specifie
- Domestic shipments include $1
- USPS Tracking® service include
- Limited international insurance.
- When used internationally, a cu

*Insurance does not cover certain items. F
Domestic Mail Manual at http://pe.usps.co
** See International Mail Manual at http://p

FLAT RATE ENV
ONE RATE ■ ANY WEIGHT

TRACKED ■ INS

PS00001000014

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$9.85
Origin: 33034
08/23/24
1140510460-25

PRIORITY MAIL®

0 Lb 9.10 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/24/24

C075

SHIP TO:
400 N MIAMI AVE
MIAMI FL 33128-1801

USPS TRACKING® #

9505 5132 5341 4238 0390 37

FROM: Kanija Scott
123 nw 6th Ave
Florida City, Florida, 33034

TO:
United States District Court Clerk
400 north Miami Ave 8th Floor
Miami, Florida, 33128

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.



