AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Kanija Scott ) | |
| *Plaintiff/Petitioner* ) | |
| v. ) | Civil Action No. |
| CLARITY SERVICES, INC. ) | |
| *Defendant/Respondent* ) | |

FILED BY MC D.C.
AUG 2 6 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
USPS
10360 SW 186th Street
Miami, Florida, 33197

My gross pay or wages are:  $ _____ 1,800.00 , and my take-home pay or wages are:  $ _____ 1,200.00 per

(specify pay period) _____ Biweekly _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Transportation $404
Car Insurance $250
Phone Bill $100
Gas- $120
Housing $1450

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

R.G.-Daughter
R.G.- Son
J.D.-Son

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Loan Repayments $474 automatically deducted from my wages.

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 8/23/2024

_____
Applicant's signature

Kanija Scott
Printed name

UNITED ST POSTAL SE PRIORITY®

- Expected delivery date specifie
- Domestic shipments include $1
- USPS Tracking® service include
- Limited international insurance.
- When used internationally, a cu

*Insurance does not cover certain items. F Domestic Mail Manual at *http://pe.usps.co*

** See International Mail Manual at *http://p*

FLAT RATE ENV

ONE RATE ■ ANY WEIGHT

TRACKED ■ INSU

PS00001000014

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$9.85

Origin: 33034
08/23/24
1140510460-25

PRIORITY MAIL®

0 Lb 9.10 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/24/24

C075

SHIP TO:
400 N MIAMI AVE
MIAMI FL 33128-1801

USPS TRACKING® #

9505 5132 5341 4236 0390 37

FROM: Kanija Scott
123 nw. 6th Ave
Florida City, Florida, 33034

TO:
United States District Court Clerk
400 north Miami Ave 8th Floor
Miami, Florida, 33128

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.



