UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23261-RAR

**KANIJA SCOTT**,

    Plaintiff,

v.

**CLARITY SERVICES, INC.**,

    Defendant.
_____/

### ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*

**THIS CAUSE** comes before the Court upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"), [ECF No. 3]. Plaintiff's Application represents she is employed by USPS and earns $1,800 on a biweekly basis. *See* App. at 1. Accordingly, it is

**ORDERED AND ADJUDGED** that the Application, [ECF No. 3], is **DENIED**. Courts may authorize a non-prisoner party to proceed *in forma pauperis* in any suit so long as the party complies with the prescriptions of 28 U.S.C. § 1915(a). *See generally Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 (11th Cir. 2004) (per curiam). The district court "has wide discretion in denying an application to proceed [*in forma pauperis*] under 28 U.S.C. § 1915. This is especially true, the rubric goes, in civil cases for damages, wherein the courts should grant the privilege sparingly . . . ." *Martinez*, 364 F.3d at 1306 (quoting *Flowers v. Turbine Support Div.*, 507 F.2d 1242, 1244 (5th Cir. 1972) (cleaned up)). The Court's determination is limited to "whether the statements in the affidavit satisfy the requirement of poverty." *Id.* at 1307 (internal quotation marks omitted) (quoting *Watson v. Ault*, 525 F.2d 886, 891 (11th Cir. 1976)).

Here, Plaintiff's Application must be denied because Plaintiff does not satisfy the requirements of poverty. For one, her own affidavit states that she is employed and makes $1800.00 on a biweekly basis. For another, Plaintiff filed a similar suit before this Court four months ago in which she did not apply to proceed *in forma pauperis* and accordingly paid the filing fee. *See Scott v. Sunrise Credit Services Inc.*, No. 24-21585 (S.D. Fla. May 17, 2024), at [ECF No. 4]. And this suit appears to have settled in Plaintiff's favor. *Id.* at [ECF No. 8]. Accordingly, Plaintiff's Application, [ECF No. 3], is **DENIED**. **Plaintiff shall pay the required $405.00 filing fee in full on or before <u>Friday, August 30, 2024</u>.** Failure to comply with this Order shall result in the dismissal of this case without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida this 28th day of August, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**