UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23261-RAR

**KANIJA SCOTT**,

    Plaintiff,

v.

**CLARITY SERVICES, INC.**,

    Defendant.

_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On August 27, 2024, Plaintiff filed a Complaint naming as Defendant Clarity Services, Inc. ("Clarity"), [ECF No. 1]. On the same day, Plaintiff filed an Application to Proceed *in forma pauperis* ("Application"), [ECF No. 3]. On August 28, 2024, the Court entered an Order denying Plaintiff's request ("Order"), [ECF No. 4], and further directed Plaintiff to file the required filing fee on or before Friday, August 30, 2024. The Order further warned that "[f]ailure to comply with this Order shall result in the dismissal of this case without prejudice and without further notice." Order at 2. Plaintiff did not timely remit the required filing fee.

"Pursuant to Fed. R. Civ. P. 41(b), a district court may *sua sponte* dismiss a plaintiff's action for failure to comply with the rules or any order of the court." *Owens v. Pinellas Cnty. Sheriff's Dep't*, 331 F. App'x 654, 656 (11th Cir. 2009). "In addition to its power under Rule 41(b), a court also has the inherent ability to dismiss a claim in light of its authority to enforce its orders and provide for the efficient disposition of litigation." *Zocaras v. Castro*, 465 F.3d 479, 483 (11th Cir. 2006).

Here, after being warned that Plaintiff's failure to timely remit the required filing fee would result in dismissal, Plaintiff has failed to comply with the Court's August 28, 2024 Order and has not sought an extension of time within which to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** *without prejudice*. The Clerk of Court is instructed to **CLOSE** the case, and any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Miami, Florida this 4th day of September, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**